

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant Luis Arnaldo Baez's brief was originally due on December 1, 2014. Due to medical reasons, Appellant's counsel was given several extensions to file the brief. Appellant's brief was due to be filed on March 2, 2015. On March 2, 2015, Appellant's counsel filed his "Fourth and Final, Unopposed Motion for Extension of Time to File Opening Brief" seeking an additional fourteen days to file the brief. Due to the extenuating circumstances, Appellant's motion is GRANTED. Appellant's brief is due to be filed no later than March 16, 2015. **No further extensions will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court